[No. 62912-3-I. Division One. November 8, 2010.]

MARK DECOURSEY ET AL., *Respondents*, v. PAUL STICKNEY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-24906-2, Michael J. Fox, J., entered December 29, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Dwyer, C.J., concurred in by Appelwick and Schindler, JJ.

[No. 62928-0-I. Division One. November 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ALLAN HORTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-00470-4, Kimberly Prochnau, J., entered January 12, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Dwyer, C.J., and Appelwick, J.

[No. 63108-0-I. Division One. November 8, 2010.]

TEAMSTERS LOCAL 763, *Respondent*, v. THE PUBLIC EMPLOYMENT RELATIONS COMMISSION, *Defendant*, THE CITY OF MUKILTEO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-17228-7, Jay V. White, J., entered February 18, 2009. *Reversed* by unpublished opinion per Grosse, J., concurred in by Dwyer, C.J., and Lau, J.